```
            IN THE UNITED STATES DISTRICT COURT FOR THE

                        DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
             Plaintiff,        )          8:98CR63
                               )
      v.                       )
                               )
ANGELO BROWN,                  )          ORDER
                               )
             Defendant.        )
_____)
```

This matter is before the Court on plaintiff's motion for dismissal of petition for warrant or summons for offender under supervision (Filing No. 70). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion is granted; the petition for warrant or summons for offender under supervision (Filing No. 57) is dismissed without prejudice.

DATED this 7th day of August, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court