IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:98CR63 |
| | ) | |
| v. | ) | |
| | ) | |
| ANGELO BROWN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to terminate supervised release (Filing No. 74). The Court finds said motion should be denied. Accordingly,

IT IS ORDERED that defendant's motion to terminate supervised release is denied.

DATED this 27th day of January, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court