IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:98CR63 |
| | ) | |
| v. | ) | |
| | ) | |
| ANGELO M. BROWN, | ) | AMENDED ORDER |
| | ) | |
| Defendant. | ) | |

On April 16, 2010, defendant appeared with counsel for a disposition hearing on The Second Petition for Warrant or Summons for Offender Under Supervision (Filing No. 72). The defendant was present and represented by Jackie L. Barfield. Plaintiff was represented by Maria R. Moran, Assistant United States Attorney. The defendant admitted to Allegations No. 1 and No. 3 contained in the Second Amended Petition.

Plaintiff moved to dismiss Allegations No. 2 and No. 4 contained in the Second Amended Petition, and the motion was granted. The Court found the defendant to be in violation of his terms of supervised release and then proceeded to sentencing.

IT IS ORDERED:

1) That the defendant's supervised release is hereby revoked, and the defendant is sentenced to the custody of the Bureau of Prisons for a term of 4 months.

2) Upon completion of the defendant's incarceration, his supervised release will terminate.

DATED this 23rd day of April, 2010.

BY THE COURT:

/s/ Lyle E. Strom

LYLE STROM, Senior Judge
United States District Court